HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

THEODORE RAYMOND VICKERS,

Defendant.

Case No. CR06-5057 RBL

ORDER

THIS MATTER comes on before the above-entitled Court upon Defendant's Motion for Final Probation Revocation Hearing [Dkt. #12].

Having considered the entirety of the records and file herein, the Court finds and rules as follows:

On November 6, 2006 this Court entered an Order denying Defendant's "Motion for Order Transporting Defendant for Final Probation Revocation Hearing" [Dkt. #11]. The instant motion is, in essence, a motion for reconsideration of that Order. The Court's previous Order will not be disturbed upon reconsideration. Defendant has no right to a federal supervised release hearing while he is in custody serving a state sentence. *See United States v. Bartholdi*, 453 F.2d 1225 (9th Cir. 1972). Therefore, it is hereby

**ORDERED** that Defendant's Motion for Final Probation Revocation Hearing [Dkt. #12] is **DENIED.**

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 9th day of April, 2007.

/s/ Ronald B. Leighton
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1